KEVIN V. RYAN (CASBN 118321)
United States Attorney

MARK KROTOSKI (CASBN 138549)
Chief, Criminal Division

DEREK R. OWENS (CASBN 230237)
Special Assistant United States Attorney

CATHERINE BLOOM
Law Clerk

450 Golden Gate Avenue, 11th Floor
San Francisco, California  94102
Telephone:  (415) 436-7200 (San Francisco)
Fax: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PETER ANDREW WONG, )<br>)<br>Defendant. )<br>_____) | CR No.: CR No. 06-0732 EMC<br><br>STIPULATION AND [PROPOSED]<br><u>ORDER EXCLUDING TIME</u> |

On December 6, 2006, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from December 6, 2006 to February 7, 2007 for effective preparation of counsel, in that defense counsel required adequate time to supply the United States with information that may impact the outcome of the case and that the United States required adequate time to evaluate the information. The parties represented that granting the continuance was the reasonable time necessary for effective preparation of both

Stipulation and [Proposed] Order

1  defense counsel and the United States, taking into account the exercise of due diligence. See 18
2  U.S.C. § 3161(h)(8)(B)(iv).  The parties also agreed that the ends of justice served by granting
3  such a continuance outweighed the best interests of the public and the defendant in a speedy
4  trial.  See 18 U.S.C. § 3161(h)(8)(A).
5  SO STIPULATED:

                                                            KEVIN V. RYAN
                                                            United States Attorney

DATED:  01/19/07                                            /s/ Derek R. Owens
                                                            _____
                                                            DEREK R. OWENS
                                                            Special Assistant United States Attorney

DATED:  01/29/07                                            /s/ Steven Kalar
                                                            _____
                                                            STEVEN KALAR
                                                            Attorney for Mr. Wong

     As the Court found on December 6, 2006, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from December 6, 2006 to February 7, 2007 for effective preparation of defense counsel and the United States.  See 18 U.S.C. §3161 (h)(8)(A).  The failure to grant the requested continuance would deny counsel reasonable time necessary for effective preparation and continuity of counsel, taking into account the exercise of due diligence, and would result in a miscarriage of justice.  See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: January 31, 2007                                     _____
                                                            EDWARD M. CHEN
                                                            United States Magistrate Judge

Stipulation and [Proposed] Order